# UNITED STATES DISTRICT COURT

## for the
### Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.2:22-MJ-2521 |
| A United States Postal Service Priority Mail Express parcel bearing tracking number EI310349540US addressed to "Vincent Mexia, 19820 Camino de RoSA, Walnut CA, 91789" with return address "Adam Jones, 902 Davis ST, Kalamazoo MI 49008." | ) ) ) ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b) , 846 | Distribution and Possession with Intent to Distribute a Controlled Substance; Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance; Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of_____days *(give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Zachary Sumpter
_____
*Applicant's signature*

Zachary Sumpter, TFO U.S. Postal Inspection Service
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Los Angeles, CA_____     Hon. Paul Abrams, U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

PARCEL TO BE SEARCHED

The SUBJECT PARCEL is a United States Postal Service Priority Mail Express parcel bearing tracking number EI310349540US.  The SUBJECT PARCEL is a white colored, large-sized cardboard box.  The SUBJECT PARCEL is addressed to "Vincent Mexia, 19820 Camino de RoSA, Walnut CA, 91789."  The return address listed on the SUBJECT PARCEL is "Adam Jones, 902 Davis ST, Kalamazoo MI 49008."  The SUBJECT PARCEL was postmarked on June 23, 2022 in the 49024 zip code.

## **ATTACHMENT B**

### ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.  Any controlled substances, including marijuana;

b.  Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

c.  Any associated packaging.

**AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

**TRAINING AND EXPERIENCE**

1.    I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so since November of 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking involving the United States Mail.  Accordingly, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7).  Specifically, I am an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.  Before working as a TFO with USPIS, I worked patrol as a full-time sworn law enforcement officer with the Chino Police Department.  I have been a sworn law enforcement officer since August 2013 and am a Police Officer within the meaning of California Penal Code § 830.1.

2.    I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to Title 21, United States Code, Sections 841, 846, 952, 959 and 963 and Title 18, United States Code, Section 1956(a).  I have been involved in various electronic surveillance methods including state and federal wiretap investigations, the debriefing of informants and witnesses, as well as others who have knowledge

of the manufacturing, distribution, transportation, storage, and
importation of controlled substances and the laundering of drug
proceeds.

3.   I have participated in many aspects of drug
investigations, including investigations into the smuggling of
illegal drugs, money laundering, and extortion related to drug
trafficking.  I am familiar with narcotics traffickers' methods
of operation, including the manufacturing, storage,
transportation, and distribution of narcotics, the collection of
money that represents the proceeds of narcotics trafficking, and
money laundering.  I am also familiar with the manner in which
narcotics traffickers transport and distribute narcotics in
areas they control.  I am familiar with how drug traffickers
utilize counter-surveillance techniques to avoid detection by
law enforcement.  I also know that drug traffickers often
communicate with their drug-trafficking associates through the
use of cellular telephones.  I have become aware that more
sophisticated drug trafficking networks now utilize the dark
web, e-mail, Blackberry devices, Voice over Internet Protocol,
video chat, internet messaging services, and social networking
sites to communicate with one another.  During drug-related
communications, traffickers often use coded or cryptic language
to disguise the drug-related nature of their conversations.

## I.  PURPOSE OF AFFIDAVIT

4.   This affidavit is made in support of an application
for a warrant to search a United States Postal Service ("USPS")
Priority Mail Express parcel bearing tracking number

2

EI310349540US (the "SUBJECT PARCEL"), currently in the custody of the USPIS in Chino, California, as described more fully in Attachment A, which is incorporated by reference.

5.    The requested search warrant seeks authorization to search for and seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance), as described in Attachment B, which is incorporated by reference.

6.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. SUMMARY OF PROBABLE CAUSE

7.    On June 24, 2022, I observed that the SUBJECT PARCEL met certain criteria common to packages containing contraband, as detailed below.  Later that day, a drug-detection dog alerted to the presence of controlled substances, or items contaminated

by controlled substances, like drug proceeds, within the SUBJECT
PARCEL.

### III.  STATEMENT OF PROBABLE CAUSE

### A.    Background on Use of Mails for Drug Trafficking

8.    Based on my training and experience and the
experiences related to me from Postal Inspectors who specialize
in drug investigations, I know the following:

a.    Los Angeles is a significant source area for
controlled substances.  Controlled substances are frequently
transported from the Los Angeles area via the United States
Mail, and the proceeds from the sale of controlled substances
are frequently returned to Los Angeles area via the United
States Mail.  These proceeds are generally in the form of cash,
money orders, bank checks, or similar monetary instruments in an
amount over $1,000.

b.    Drug traffickers often use one of two USPS
services: Priority Mail Express, which is the USPS
overnight/next day delivery mail product, or Priority Mail
Service, which is the USPS two-to-three-day delivery mail
product ("Priority Mail").  Drug traffickers use the Priority
Mail Express delivery service because of its speed, reliability,
and ability to track the article's progress to the intended
delivery point.  Drug traffickers use the Priority Mail delivery
service because it allows drug traffickers more time to travel
between states should they decide to follow a shipment to its
destination for distribution.  Also, by adding delivery
confirmation to a Priority Mail shipment, drug traffickers have

the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

9.    Based on my training and experience as a Postal Inspector, and the experiences related to me from fellow Postal Inspectors who specialize in drug investigations, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

        a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

        b.    The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

        c.    The handwritten label on the parcel does not contain a business account number;

        d.    The seams of the parcel are all taped or glued shut;

        e.    The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

        f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

10.    Parcels exhibiting such indicia may be subject to further investigation, which may include verification of the return and recipient names and addresses.

11.    I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.

Indeed, it is my experience that to the extent real addresses are ever used, they are only used to lend an appearance of legitimacy to the parcels and are almost always paired with false names.

**B.   Investigation Regarding the SUBJECT PARCEL**

12.  On June 24, 2022, Postal Inspector J. Permoda from the USPIS Michigan Narcotics Investigation Team informed me that he had located a parcel that was intended for an address under investigation for being associated with narcotics trafficking.

13.  On June 24, 2022, I retrieved the SUBJECT PARCEL and secured it at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California 91710.

14.  Upon receiving the SUBJECT PARCEL, I observed that it was mailed from a postal facility other than the zip code listed for the sender.  I know that drug traffickers will often mail from postal facilities other than those which are located in their respective ZIP code to further disguise themselves as being associated with the parcel.

15.  I observed that the SUBJECT PARCEL is wrapped in copious amounts of clear packaging tape around its seams and has a handwritten label in ink, which is common in parcels used by narcotic traffickers.

16.  I utilized Clear, a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information, and determined that the return address information listed on the SUBJECT PARCEL is not associated with the listed sender "Adam Jones."  Based on a

Clear database check of the listed recipient, "Vincent Mexia" is associated with listed recipient address.

**C.    Positive Canine Alert on the SUBJECT PARCEL**

17.   On June 24, 2022, Chino Police Department Officer Kristina Cortes and her narcotics-detection canine, "Halina," conducted an exterior examination of the SUBJECT PARCEL. Officer Cortes informed me that Halina gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items that emitted the odor of controlled substances in the SUBJECT PARCEL.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, is a document setting forth information provided by Officer Cortes regarding Halina's training and history in detecting controlled substances, and the investigation of the SUBJECT PARCEL.

### IV. <u>CONCLUSION</u>

18.   Based on the above, there is probable cause to believe that the SUBJECT PARCEL described in Attachment A contains evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of

//

//

//

a Communication Facility (including the mails) to Facilitate the

Distribution of a Controlled Substance), as described in

Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
June, 2022.


_____
HONORABLE PAUL ABRAMS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, **Officer Kristina Cortes,** attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _06-24-2022  1300_ , _TFO  Z.  SUMPTER_ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: _E I   310   349   540   US_

Addressed to: _VINCENT    MEXIA_
_19820    CAMINO    DE ROSA_
_WALNUT    CA_
_91789_

K9 Officer Kristina Cortes #4010
Chino Police Department