AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A United States Postal Service Priority Mail Express parcel bearing tracking number EI310349540US addressed to "Vincent Mexia, 19820 Camino de RoSA, Walnut CA, 91789" with return address "Adam Jones, 902 Davis ST, Kalamazoo MI 49008." | Case No. 2:22-MJ-2521 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 28, 2022, at 1:15 p.m.        *Paul L. Abrams*
                                                                                  *Judge's signature*

City and state:   Los Angeles, CA              Honorable Paul Abrams, U.S. Magistrate Judge
                                                                       *Printed name and title*

AUSA: James A. Santiago (x2229)

| **Return** |||
|---|---|---|
| Case No.: <br> 2:22-MJ-2521 | Date and time warrant executed: <br> 06/28/22 / 1359 HRS | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> USPIS TFO D. Thompson |||
| Inventory of the property taken and name of any person(s) seized: <br><br> EI310349540US <br> Approximately 1,220 gg of suspected marijuana <br> Parcel wrappings |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/29/22

*Zachary Sumpter*
*Executing officer's signature*

USPIS TFO - Zachary Sumpter
*Printed name and title*

**ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

The SUBJECT PARCEL is a United States Postal Service Priority Mail Express parcel bearing tracking number EI310349540US.  The SUBJECT PARCEL is a white colored, large-sized cardboard box.  The SUBJECT PARCEL is addressed to "Vincent Mexia, 19820 Camino de RoSA, Walnut CA, 91789."  The return address listed on the SUBJECT PARCEL is "Adam Jones, 902 Davis ST, Kalamazoo MI 49008."  The SUBJECT PARCEL was postmarked on June 23, 2022 in the 49024 zip code.

i

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a.    Any controlled substances, including marijuana;

    b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.    Any associated packaging.